

ORIGINAL

FILED

03/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0519

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0519

---

NENA S. KRUGER,

     Appellant,

v.

DALE R. KRUGER,

     Appellee.

FIL

MAR 0 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

---

**ORDER**

---

Upon consideration of Appellee's motion for extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 12, 2021, within which to prepare, file, and serve the Opening Brief on appeal.